BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
FEB 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12 CR 00048 ⸺ LJO |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §4, Misprision of a felony |
| v. | |
| CHRISTOPHER SCHRINER, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE:    [18 U.S.C. Section 4, Misprision of a felony]

The United States Attorney charges: T H A T

CHRISTOPHER SCHRINER,

defendant herein, in or about July 2011, in the county of Fresno, State and Eastern District of California and elsewhere, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, possession of machineguns, possession of stolen firearms, and possession of stolen government

property, did conceal the same, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. Sec. 4.

Date: February 21, 2012

BENJAMIN B. WAGNER
United States Attorney

By: _____
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney