1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000

5

6

7              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,    ) Case Nos.  1:12-CR-048 LJO
                                )            1:12-CR-013 AWI
10          Plaintiff,           )            1:11-CR-259 AWI
                                )            1:11-CR-026 AWI
11         v.                    )            1:11-CR-334 AWI
                                )            1:11-CR-258 AWI
12  CHRISTOPHER SCHRINER,        )            1:11-CR-269 AWI
                                )            1:11-CR-270 AWI
13          Defendant.           )
                                )
14  _____)   NOTICE OF RELATED CASES

15

16     Pursuant to Local Rule 83-123(a)(3)(4), the government

17  hereby notifies the Court and opposing counsel that the above

18  captioned cases are related and should be assigned to a single

19  judge.  The cases arose out of same investigation.

20  February 23, 2012                Respectfully submitted,

21

22                                   BENJAMIN B. WANGER
                                    U.S. Attorney
23
                                By:  /s/ Kimberly A. Sanchez
24                                   KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney
25

26

27

28