1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. CR F 12-0048 LJO
                                                  **New Case Number CR F 12-0048 AWI**
12
                                Plaintiff,        **ORDER TO RELATE ACTIONS AND TO**
13          vs.                                   **REASSIGN DISTRICT JUDGE**
                                                  (Doc. 3.)
14
     CHRISTOPHER SCHRINER,
15
                                Defendant.
16   _____/

17          Review of the above-captioned action reveals that it is related under this Court's Local Rule 123

18   to Case No. CR F 11-0258 AWI and other cases assigned to U.S. District Judge Anthony W. Ishii.  The

19   actions involve the same or similar parties, claims, events and/or questions of fact or law.  Accordingly,

20   assignment of the actions to a single district judge will promote convenience, efficiency and economy

21   for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them

22   to a single district judge, and no consolidation of cases is effected.

23          On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned

24   to U.S. District Judge Anthony W. Ishii for all purposes with a new **CASE NO. CR F 12-0048 AWI**.

25   All documents shall bear the new **CASE NO. CR F 12-0048 AWI** and the reassignment to U.S. District

26   Judge Anthony W. Ishii.

27          IT IS SO ORDERED.

28   **Dated:   February 24, 2012            /s/ Lawrence J. O'Neill**

                                            1

1    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28